**Opinion issued July 22, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-20-00862-CV**

———————————

**ELLIOTT AINTABI, Appellant**

**V.**

**STEVEN WU, WESTWOOD COMMERCIAL PROPERTY MANAGEMENT, LLC, SSS VILLAGE AT WEST OAKS, LLC, AI HOA INVESTMENTS, INC., AI HOA WU, SUSAN WU, Appellees**

---

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Case No. 2019-52759**

---

## MEMORANDUM OPINION

Appellant and appellees have filed a joint motion to dismiss the appeal. No opinion has issued.

Accordingly, we grant the motion and dismiss this appeal.  TEX. R. APP. P.

42.1; 43.2(f).  Any other pending motions are dismissing as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Hightower, and Rivas-Molloy.